UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD EMERY JONES,            )
                               )
       Plaintiff,          )   Case No. 1:07-cv-922
                               )
v.                             )   Honorable Wendell A. Miles
                               )
MARY BERGHUIS et al.,          )
                               )
       Defendants.         )
_____)

## JUDGMENT

In accordance with the Opinion filed this date:

**IT IS HEREBY ORDERED** that Plaintiff's action be **DISMISSED** with prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915A(b), and 42 U.S.C. § 1997e(c).

For the same reasons that the Court dismisses the action, the Court discerns no good-faith basis for an appeal. *See* 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

Dated: November 5, 2007                          /s/ Wendell A. Miles
                                                                           Wendell A. Miles
                                                                           Senior United States District Judge