UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

| | |
|---|---|
| ERIC SEAN DRAPER, | ) |
| Plaintiff, | ) Case No. 1:07-cv-982 |
| v. | ) Honorable Wendell A. Miles |
| MARY BERGHUIS et al., | ) |
| Defendants. | ) |

## **JUDGMENT**

In accordance with the Opinion filed this date:

**IT IS HEREBY ORDERED** that Plaintiff's action be **DISMISSED** with prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915A(b), and 42 U.S.C. § 1997e(c).

For the same reasons that the Court dismisses the action, the Court discerns no good-faith basis for an appeal. *See* 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).


Dated: November 16, 2007              /s/ Wendell A. Miles
                                      Wendell A. Miles
                                      Senior United States District Judge